GERTRUDE SCHWABL, Appellant, *v.* ST. AUGUSTINE'S CHURCH, Respondent.

Argued March 11, 1942; decided April 23, 1942.

*Kenneth B. Keating* and *Frederick T. Pierson* for appellant.
*Robert C. Winchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.